```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,         )
                              )
    Plaintiffs,               )
                              )
    v.                        )    CIVIL ACTION NO.
                              )       2:87cv1245-T
TOWN OF LIPSCOMB,             )         (WO)
                              )
    Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiffs shall have and recover from defendant Town of Lipscomb the amount of $ 500.00 for attorney's fees.

(2) This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 9th day of September, 2005.**

**　　　　　　　　　　　　　　　／s／ Myron H. Thompson　　**
**　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**